B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Northern District of Ohio

In re  David P. Alekna                    ,          Case No.  20-50312-amk

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank National Association, not in its individual Capacity but Solely as Trustee for the RMAC Trust, Series 2018 G-CTT | Wells Fargo Bank, N.A. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  c/o Rushmore Loan Management Services
  P.O. Box 55004
  Irvine, CA 92619-2708

Phone:  888.504.6700
Last Four Digits of Acct #:   7510

Court Claim # (if known):   4-1
Amount of Claim:   $106,157.25
Date Claim Filed:   03/02/2020

Phone: _____
Last Four Digits of Acct. #:   5991

Name and Address where transferee payments should be sent (if different from above):
  c/o Rushmore Loan Management Services
  P.O. Box 52708
  Irvine, CA 92619-2708

Phone:  888.504.6700
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Molly Slutsky Simons              Date: 03/26/2021
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.